# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN DUNLAP,                          )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   **Case No.: 2:10-CV-6707-RBS**
                                      )
NCO FINANCIAL SYSTEMS, INC.,          )
                                      )
            Defendants.               )
_____  )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders_____          /S/ Craig Thor Kimmel_____
Ross S. Enders, Esquire               Craig Thor Kimmel, Esquire
Attorney ID:                          Attorney ID: 57100
Attorney for Defendant,               Attorney for the Plaintiff


Date: June 9, 2011                    Date: June 9, 2011


BY THE COURT:


_____
                                  J.