# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN DUNLAP,

    Plaintiff,

v.

    Case No.: 2:10-CV-6707-RBS

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID:
Attorney for Defendant,

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: June 9, 2011

Date: June 9, 2011

BY THE COURT:

R. BARCLAY SURRICK, J.
6/9/11

```
MODE = MEMORY TRANSMISSION          START=JUN-10 17:16   END=JUN-10 17:18
    FILE NO.=581
STN NO.  COMM.  ABBR NO.  STATION NAME/TEL. NO.   PAGES   DURATION
 001     OK       &       18777882864             002/002 00:00:21
 002     OK       &       19087515944             002/002 00:00:28
```

— JUDGE R. BARCLAY SURRICK —

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
2609 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1747

Chambers of
R. BARCLAY SURRICK
United States District Judge

(267) 299-7520

June 10, 2011

To: Craig Thor Kimmel, Esquire
KIMMEL & SILVERMAN PC
30 E. Butler Pike
Ambler, Pennsylvania 19002
Email: kimmel@creditlaw.com
Fax: 877-788-2864

Ross S. Enders, Esquire
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
200 Route 31 North
Suite 203
Flemington, New Jersey 08822
Email: renders@sessions-law.biz
Fax: 908-751-5944

Re: *Dawn Dunlap v. NCO Financial Systems, Inc.*
*Civil Action No. 10-6707*

Memo: Signed Stipulation to follow.

Via Fax: Two (2) pages transmitted to include this cover page.