IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN DUNLAP | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-6707 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on Wednesday, June 15, 2011, has been CANCELLED.

                                        Michael E. Kunz
                                        Clerk of Court


                                        By:  /s/Janet Vecchione
                                        Janet Vecchione
                                        Deputy Clerk
                                        Phone:267-299-7074

Date:June 14, 2011

Copies:       Courtroom Deputy to Judge R. Barclay Surrick
                Docket Clerk - Case File

                Counsel

ARBCAN.FRM